# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KAILEY N. FORD,**

      **Plaintiff,**

  v.                                        Civil Action 2:16-cv-18
                                                            Magistrate Judge Jolson

**CARNEGIE MANAGEMENT**
**SERVICES, INC., et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on a Status Report. The parties have represented that settlement negotiations are ongoing. Consequently, all dates and deadlines are **STAYED** so that the parties can focus on determining if resolution is possible without incurring significant additional attorneys' fees. However, the parties may engage in discovery or motion practice as each deem necessary. Should settlement not be completed within thirty (30) days from the date of filing of this Status Report, the parties shall send another joint status report to jolson_chambers@ohsd.uscourts.gov by Thursday, June 8, 2017. If the settlement efforts are unsuccessful, the Court will then hold a status conference to set a revised case schedule.

      IT IS SO ORDERED.


Date: May 9, 2017                                          /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE